1  GILBERT R. SEROTA (No. 75305)
   SARAH A. GOOD (No. 148742)
2  CLARA J. SHIN (No. 214809)
   HOWARD RICE NEMEROVSKI CANADY
3       FALK & RABKIN
   A Professional Corporation
4  Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
5  Telephone:  415/434-1600
   Facsimile:   415/217-5910
6
   Attorneys for Defendant
7  TRIPATH TECHNOLOGY INC.

8  [Other Counsel Listed On Signature Pages]

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

12 | LANGLEY PARTNERS, L.P.,              | No. 05 CV 04194 SC

13 |        Plaintiff,                    | STIPULATION AND [PROPOSED]
                                          | ORDER ESTABLISHING BRIEFING
14 |   v.                                 | AND HEARING SCHEDULE FOR
                                          | DEFENDANTS' MOTION TO DISMISS
15 | TRIPATH TECHNOLOGY, INC., ADYA
   | TRIPATHI and DAVID EICHLER,
16 |
   |        Defendants.
17

# STIPULATION

Plaintiff Langley Partners, L.P. ("Plaintiff") and Defendants Tripath Technology, Inc., Dr. Adya S. Tripathi and David Eichler (collectively, "Defendants") hereby agree by and through their counsel of record as follows:

WHEREAS, on June 2, 2005, Plaintiff filed its Complaint initiating this action in the United States District Court for the Southern District of New York and the action was assigned to Judge Harold Baer, Jr.;

WHEREAS, on September 27, 2005, Judge Baer entered an order indicating that should Defendants' pending motion to transfer the action to the United States District Court for the Northern District of California be granted "then Defendants shall answer, move or otherwise respond to the complaint until such time as the transferee court determines";

WHEREAS, on October 6, 2005, Judge Baer entered an order granting Defendants' motion to transfer the action to the United States District Court for the Northern District of California and the action was so transferred on October 18, 2005;

WHEREAS, the parties have met and conferred and agreed upon the following briefing and hearing schedule for Defendants' anticipated motion to dismiss the Complaint;

THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE:

1. The briefing and hearing schedule on Defendants' anticipated motion to dismiss the Complaint is the following:

   (a) Defendants' opening brief will be filed on December 9, 2005;

   (b) Plaintiff's opposition thereto shall be filed no later than January 10, 2006;

   (c) the Defendants' reply in support thereof shall be filed no later than January 27, 2006;

   (d) the hearing on the motion shall be scheduled to take place on Friday, February 10, 2006, at 10:00 a.m.; and

   (e) the parties will each serve their respective papers such that all papers will be received no later than one business day after the filing dates set forth above.

STIPULATION & [PROPOSED] ORDER RE SCHEDULE                              05 CV 04194 SC

| | |
|---|---|
| DATED: November 28, 2005. | GILBERT R. SEROTA<br>SARAH A. GOOD<br>CLARA J. SHIN<br>HOWARD RICE NEMEROVSKI CANADY<br>　　FALK & RABKIN<br>A Professional Corporation<br><br>By: _____/s/ Sarah A. Good/_____<br>　　　　　SARAH A. GOOD<br><br>Attorneys for Defendant<br>TRIPATH TECHNOLOGY INC. |
| DATED: November 28, 2005. | SUSAN S. MUCK (No. 126930)<br>RACHAEL G. SAMBERG (No. 223694)<br>FENWICK & WEST LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, CA 94111<br>Telephone: 415/875-2300<br>Facsimile: 415/281-1350<br><br>By: _____/s/ Rachael G. Samberg/s.a.g._____<br>　　　　　RACHAEL G. SAMBERG<br><br>Attorneys for Defendants<br>DR. ADYA S. TRIPATHI and DAVID EICHLER |
| DATED: November ___, 2005. | PERRIE M. WEINER (No. 134146)<br>GREGG D. ZUCKER (No. 166692)<br>GREGORY JUNG (No. 203350)<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>153 Townsend Street, Suite 800<br>San Francisco, CA 94107-1957<br>Tel: 415.836.2500<br>Fax: 415.836.2501<br><br>By: _____<br>　　　　　GREGG D. ZUCKER<br><br>Attorneys for Plaintiff<br>LANGLEY PARTNERS, L.P. |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 28, 2005. | GILBERT R. SEROTA<br>SARAH A. GOOD |
| 3 | | CLARA J. SHIN<br>HOWARD RICE NEMEROVSKI CANADY |
| 4 | | FALK & RABKIN<br>A Professional Corporation |

By: _____/s/ Sarah A. Good/_____
         SARAH A. GOOD

Attorneys for Defendant
TRIPATH TECHNOLOGY INC.

DATED: November 28, 2005.

SUSAN S. MUCK (No. 126930)
RACHAEL G. SAMBERG (No. 223694)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: 415/875-2300
Facsimile: 415/281-1350

By: _____/s/ Rachael G. Samberg/r.a.g._____
         RACHAEL G. SAMBERG

Attorneys for Defendants
DR. ADYA S. TRIPATHI and DAVID EICHLER

DATED: November 28, 2005.

PERRIE M. WEINER (No. 134146)
GREGG D. ZUCKER (No. 166692)
GREGORY JUNG (No. 203350)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

By: _____/s/_____
         GREGG D. ZUCKER

Attorneys for Plaintiff
LANGLEY PARTNERS, L.P.

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti
11/29/05
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION & [PROPOSED] ORDER RE SCHEDULE                    05 CV 04194 SC
                                  -2-