1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  SARAH A. GOOD (No. 148742)
   Email: sgood@howardrice.com
3  CLARA J. SHIN (No. 214809)
   Email: cshin@howardrice.com
4  SARAH J. GIVAN (No. 238301)
   Email: sgivan@howardrice.com
5  HOWARD RICE NEMEROVSKI CANADY FALK
        & RABKIN
6  A Professional Corporation
   Three Embarcadero Center, 7th Floor
7  San Francisco, California 94111-4024
   Telephone:    415/434-1600
8  Facsimile:    415/217-5910

9  Attorneys for Defendant
   TRIPATH TECHNOLOGY, INC.
10
   [Other Counsel Listed On Signature Pages]
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15

16 | LANGLEY PARTNERS, L.P.,                         | No. 05 CV 04194 SC
17 |                          Plaintiff,             | STIPULATION EXTENDING TIME FOR
   |                                                 | DEFENDANTS TO RESPOND TO
18 |              v.                                 | COMPLAINT
   | TRIPATH TECHNOLOGY, INC., ADYA
19 | TRIPATHI, AND DAVID EICHLER,                    | ORDER
20 |                          Defendants.

STIPULATION RE TIME TO RESPOND

## STIPULATION

Plaintiff Langley Partners, L.P. ("Plaintiff") and Defendants Tripath Technology, Inc., Dr. Adya S. Tripathi and David Eichler (collectively, "Defendants") hereby agree by and through their counsel of record as follows:

WHEREAS, on March 7, 2006, this court entered an order granting in part and denying in part Defendants' Motion to Dismiss, granting Plaintiff until April 6, 2006 to amend the Complaint;

WHEREAS, Plaintiff has elected not to amend the Complaint and instead proceed on those claims that were not dismissed;

WHEREAS, pursuant to Local Rule 6-1(a), the Parties may stipulate in writing, without a court order, to extend the time within which to respond to the Complaint;

THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE that the Defendants' response to the Complaint shall be filed no later than May 3, 2006.

DATED: April 11, 2006.

GILBERT R. SEROTA
SARAH A. GOOD
CLARA J. SHIN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:     /s/
    SARAH A. GOOD

Attorneys for Defendant
TRIPATH TECHNOLOGY INC.

DATED: April 11, 2006.

SUSAN S. MUCK (No. 126930)
RACHAEL G. SAMBERG (No. 223694)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: 415/875-2300
Facsimile: 415/281-1350

By:     /s/
    RACHAEL G. SAMBERG

Attorneys for Defendants
DR. ADYA S. TRIPATHI and DAVID EICHLER

DATED: April 11, 2006.

PERRIE M. WEINER (No. 134146)
GREGG D. ZUCKER (No. 166692)
NICOLAS MORGAN (No. 166441)
GREGORY JUNG (No. 203350)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

By:     /s/
    NICHOLAS MORGAN

Attorneys for Plaintiff
LANGLEY PARTNERS, L.P.

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti, 4/24/06]*

STIPULATION RE TIME TO RESPOND

-2-