GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
SARAH A. GOOD (No. 148742)
Email: sgood@howardrice.com
CLARA J. SHIN (No. 214809)
Email: cshin@howardrice.com
SARAH J. GIVAN (No. 238301)
Email: sgivan@howardrice.com
HOWARD RICE NEMEROVSKI CANADY FALK
   & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:     415/217-5910

Attorneys for Defendants
TRIPATH TECHNOLOGY INC., DR. ADYA S.
TRIPATHI and DAVID P. EICHLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANGLEY PARTNERS, L.P.,<br><br>          Plaintiff,<br><br>v.<br><br>TRIPATH TECHNOLOGY, INC., ADYA TRIPATHI, AND DAVID EICHLER,<br><br>          Defendants. | No. 05 CV 04194 SC<br><br><u>SUBSTITUTION OF COUNSEL</u> |

TO THE ABOVE-CAPTIONED COURT AND TO THE PARTIES:

Defendants Dr. Adya S. Tripathi and David P. Eichler hereby give notice that they are substituting Sarah A. Good, Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024, phone number (415) 434-1600, facsimile number (415) 217-5910, email sgood@howardrice.com, as their counsel of record in the above-captioned action in place of Fenwick & West, LLP, which will no longer be associated with this matter.

I, Dr. Adya S. Tripathi, consent to the substitution.

DATED: April 28, 2006.

_____
DR. ADYA S. TRIPATHI

I, David P. Eichler, consent to the substitution.

DATED: April __, 2006.

_____
DAVID P. EICHLER

I, Sarah A. Good, accept the substitution on behalf of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation.

DATED: April __, 2006.

GILBERT R. SEROTA
SARAH A. GOOD
CLARA J. SHIN
SARAH J. GIVAN
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By: _____
SARAH A. GOOD

Attorneys for Defendants
TRIPATH TECHNOLOGY INC., DR. ADYA S. TRIPATHI and DAVID P. EICHLER

SUBSTITUTION OF COUNSEL
-1-

TO THE ABOVE-CAPTIONED COURT AND TO THE PARTIES:

Defendants Dr. Adya S. Tripathi and David P. Eichler hereby give notice that they are substituting Sarah A. Good, Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024, phone number (415) 434-1600, facsimile number (415) 217-5910, email sgood@howardrice.com, as their counsel of record in the above-captioned action in place of Fenwick & West, LLP, which will no longer be associated with this matter.

I, Dr. Adya S. Tripathi, consent to the substitution.

DATED: April ___, 2006.

_____
DR. ADYA S. TRIPATHI

I, David P. Eichler, consent to the substitution.

DATED: April ___, 2006.

_____
DAVID P. EICHLER

I, Sarah A. Good, accept the substitution on behalf of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation.

DATED: April ___, 2006.

GILBERT R. SEROTA
SARAH A. GOOD
CLARA J. SHIN
SARAH J. GIVAN
HOWARD RICE NEMEROVSKI CANADY
  FALK & RABKIN
A Professional Corporation

By: _____
        SARAH A. GOOD

Attorneys for Defendants
TRIPATH TECHNOLOGY INC., DR. ADYA S. TRIPATHI and DAVID P. EICHLER

SUBSTITUTION OF COUNSEL
-1-

TO THE ABOVE-CAPTIONED COURT AND TO THE PARTIES:

Defendants Dr. Adya S. Tripathi and David P. Eichler hereby give notice that they are substituting Sarah A. Good, Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024, phone number (415) 434-1600, facsimile number (415) 217-5910, email sgood@howardrice.com, as their counsel of record in the above-captioned action in place of Fenwick & West, LLP, which will no longer be associated with this matter.

I, Dr. Adya S. Tripathi, consent to the substitution.

DATED: April __, 2006.

_____
DR. ADYA S. TRIPATHI

I, David P. Eichler, consent to the substitution.

DATED: April __, 2006.

_____
DAVID P. EICHLER

I, Sarah A. Good, accept the substitution on behalf of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation.

DATED: ~~April~~ May 3, 2006.

GILBERT R. SEROTA
SARAH A. GOOD
CLARA J. SHIN
SARAH J. GIVAN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
           SARAH A. GOOD

Attorneys for Defendants
TRIPATH TECHNOLOGY INC., DR. ADYA S.
TRIPATHI and DAVID P. EICHLER

SUBSTITUTION OF COUNSEL
-1-

1  I, Susan S. Muck, consent to the substitution of behalf of Fenwick & West, LLP.

2  DATED: April 26, 2006.

SUSAN S. MUCK (No. 126930)
RACHAEL G. SAMBERG (No. 223694)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: 415/875-2300
Facsimile: 415/281-1350

By: /s/ Susan S. Muck
　　　SUSAN S. MUCK



IT IS SO ORDERED
Judge Samuel Conti
5/5/06
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

SUBSTITUTION OF COUNSEL
-2-